Alan Nakazawa, State Bar No. 84670
alan.nakazawa@cnc-law.com
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1410
Long Beach, California 90802-8131
Telephone: (562) 951-8668
Facsimile: (562) 951-3933

Attorneys for Plaintiff
NIPPON YUSEN KABUSHIKI KAISHA,
doing business as NYK LINE and
NIPPON YUSEN KAISHA

E-FILED 12/19/17

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPON YUSEN KABUSHIKI KAISHA, doing business as NYK LINE and NIPPON YUSEN KAISHA,<br><br>Plaintiff,<br><br>vs.<br><br>MULTI-TRANS SHIPPING AGENCY, INC.; and DOES ONE thru TEN,<br><br>Defendants.<br>_____<br>AND THIRD-PARTY COMPLAINT.<br>_____ | CASE NO: 2:16-CV-09523-PSG (AGRx)<br><br>IN ADMIRALTY<br><br>**[~~PROPOSED~~] JUDGMENT IN FAVOR OF PLAINTIFF NIPPON YUSEN KABUSHIKI KAISHA AGAINST DEFENDANT MULTI-TRANS SHIPPING AGENCY, INC.** |

//

//

---

[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF NIPPON YUSEN
KABUSHIKI KAISHA AGAINST DEFENDANT MULTI-TRANS SHIPPING
AGENCY, INC.

In accordance with the Court's Order dated December 12, 2017 (Dkt. #77), granting Plaintiff NIPPON YUSEN KABUSHIKI KAISHA's ("NYK") motion for summary adjudication of its First (Breach of Contract/Breach of Warranty) and Fifth (Declaratory Relief) Causes of Action against Defendant MULTI-TRANS SHIPPING AGENCY, INC. ("MULTI-TRANS"), IT IS HEREBY ORDERED that judgment be entered against MULTI-TRANS, and in favor of NYK, in the amount of $680,402.15, plus pre-judgment interest of $1,564.45, plus attorneys' fees of $29,175, plus expenses of $3,036.80, for a total judgment of $714,178.40.

NYK is also entitled to post-judgment interest on the judgment pursuant to 28 U.S.C. § 1961, until paid.

The Court further declares that MULTI-TRANS is liable and remains liable to NYK for demurrage, detention, and other damages, charges, fees, and costs incurred by NYK as a result of MULTI-TRANS's breaches of the Bill of Lading, in the amount of $714,178.40. NYK may bring a future motion to the Court to recover such charges that are incurred after October 31, 2017.

Dated: December 18, 2017

PHILIP S. GUTIERREZ
_____
United States District Judge

[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF NIPPON YUSEN KABUSHIKI KAISHA AGAINST DEFENDANT MULTI-TRANS SHIPPING AGENCY, INC.

- 2 -